UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SAFIYA MOHAMED,

        Plaintiff,

v.

GEICO SECURE INSURANCE COMPANY,

        Defendant.

CASE NO. 2:23-cv-00959-GJL

ORDER OF DISMISSAL

Pursuant to the parties' stipulation and the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims asserted in this action are **DISMISSED** with prejudice and without an award of costs or attorneys' fees to either party. The Clerk is respectfully directed to **CLOSE** this case.

Dated this 7th day of February, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER OF DISMISSAL - 1